STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
651 Dolliver, Suite A
Pismo Beach, California 93449
Tel: (559) 877-2939
Fax: (805) 556-0322

Attorney for Defendant
    EMIGDIO REYES GARCIA



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EMIGDIO REYES GARCIA,<br><br>    Defendant. | Case No.   CR-F-04-5308 AWI<br><br>DEFENDANT=S REQUEST TO EXONERATE PROPERTY BOND AND ORDER |
|---|---|
|  |  |

This matter having come before the Court and concluded on February 20, 2007, wherein the above named defendant was sentenced, it is hereby requested that an order from this Court exonerating the property bond in the above entitled matter be executed.

DATED: April 4, 2007                    Respectfully submitted,

                                        Steven L. Crawford
                                        *Digitally signed by Steven L. Crawford*
                                        *DN: CN = Steven L. Crawford, C = US, O = Law Office of Steven L. Crawford, OU = Attorney*
                                        *Date: 2007.04.04 09:43:23 -07'00'*

                                        _____
                                        STEVEN L. CRAWFORD
                                        Attorney for EMIGDIO REYE-GARCIA

Defendant=s Motion to Modify Conditions of Release - 1

**ORDER**

**IT IS SO ORDERED:**

DATED: 9-5-07

_____
HONORABLE ANTHONY W. ISHII,
U.S. District Court Judge