```
 1
 2
 3
 4
 5  STEVEN L. CRAWFORD #166488
 6  Law Office of Steven L. Crawford
 7  651 Dolliver, Suite A
    Pismo Beach, California 93449
 8  Tel: (559) 877-2939
 9  Fax: (805) 556-0322
10
11
12  Attorney for Defendant
13         EMIGDIO REYES-GARCIA
14
15
16
17
18           IN THE UNITED STATES DISTRICT COURT
19
20           FOR THE EASTERN DISTRICT OF CALIFORNIA
21
22
23
24
25
26
27
28
```



FILED
JUL - 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EMIGDIO REYES-GARCIA,<br><br>　　　　Defendant. | Case No.  CR-F-04-5328 AWI<br><br>DEFENDANT'S REQUEST TO EXONERATE PROPERTY BOND AND ORDER |
| | |

　　　This matter having come before the Court and concluded on January 16, 2007, wherein the above named defendant was sentenced, it is hereby requested that an order from this Court exonerating the property bond in the above entitled matter be executed.

　　　The Property bond information is as follows:

Property Owners:    Alberto Reyes and Maria del Carmen Reyes;
Property Description: 13662 Carfax Avenue, Bellflower, California
Lot No. 155 of tract No. 17518 in the City of Bellflower, County

of Los Angeles, State of California, as per map recorded in Book 461, pages 21-23.

Date Executed: January 3, 2005

DATED: July 3, 2007                    Respectfully submitted,

**Steven L. Crawford** *Digitally signed by Steven L. Crawford*
*DN: CN = Steven L. Crawford, C = US, O = Law Office of Steven L. Crawford, OU = Attorney*
*Date: 2007.07.03 12:49:39 -07'00'*

_____
STEVEN L. CRAWFORD
Attorney for EMIGDIO REYES-GARCIA


**ORDER**

**IT IS SO ORDERED:**

DATED: 7-/-07       _____
                    HONORABLE ANTHONY W. ISHII,
                    U.S. District Court Judge