UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 1:04-cr-5328 AWI |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| **EMIGDIO REYES-GARCIA,** ) | PASSPORT |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having served his sentence in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.:  0809453 (Mexico)

Receipt No.:   101-6454

IT IS SO ORDERED.

Dated:   **January 24, 2008**              /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE